UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**SCARINCI HOLLENBECK, LLC**
**DAVID EDELBERG, ESQ. (022381983)**
150 Clove Road, 9th Floor.
Little Falls, New Jersey 07424
(201) 896-7701 (Tel)
(201) 896-7084 (Fax)
dedelberg@sh-law.com
*Proposed Counsel to Nest Global Solutions, LLC*

| | |
|---|---|
| In Re:<br><br>NEST GLOBAL SOLUTIONS, LLC<br><br>                           Debtor. | Chapter 11<br><br>Case No.: 23-18405-JKS |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027, Nest Global Solutions, LLC (the "Debtor"), the debtor in the above captioned bankruptcy case currently pending in the United States Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"), hereby removes the Action (as defined herein), to this Court, and in support thereof states as follows:

## SHORT PLAIN STATEMENT

1.      Debtor is a limited liability corporation duly organized and formed on June 6, 2019 under the laws of the State of Delaware,  On June 24, 2019, Debtor registered as a foreign limited liability company with the State of New Jersey.

2.      Debtor is a technology development, implementation and integrated services business, sometime referred to as a fintech start-up.

{00048555}

3.      On September 26, 2023, Debtor filed a voluntary petition for relief under chapter 11 of Title 11 of the Bankruptcy Code, thereby initiating the underlying bankruptcy case (the "Case") in the Bankruptcy Court.

4.      Pursuant to Sections 1107 and 1108 of the Bankruptcy Code Debtor remains in possession of its assets and business affairs.

5.      On May 15, 2023, Joseph G. Kaplan and Ray Diwakar (collectively, the "Plaintiffs") filed a complaint in an Action against Debtor, Debtor's board of directors and other parties. The Defendants named in the Action, in addition to Debtor were Lisa Marks Canty, Michael Williams, Theodore K. Smith, Sr., Art Certosimo, John D. Pearce, Sandeep Bajaj, Stuart Clark, William Luby, Colin Canty, James A. Sarna, Esq, and Sarna & Associates, PC. The Action was filed in the Superior Court of New Jersey, Law Division, Middlesex County, Docket No. MID-L-002720-23 (the "Action").

6.      The Plaintiffs filed an Amended Complaint on December 15, 2023 without obtaining leave of court in violation of New Jersey Court Rule 4:9-1.  Such amended complaint deleted Debtor as a defendant in an apparent effort to circumvent the automatic stay.

7.      The Action was filed by two (2) of Debtor's former employees seeking to recover unpaid wage claims allegedly due to Plaintiffs, plus a 200% penalty, plus counsel fees and costs. Debtor submits that Plaintiffs' efforts to recover counsel fees and a 200% penalty are meritless.

8.      The claims asserted in the Action, and the underlying factual allegations, relate to Debtor, Debtor's business operations, and Debtor's management.  Significantly, Plaintiffs have filed proofs of claim herein for unpaid wages as set forth in the chart below:

| Claimant | Claim No. | Claim Filing Date | Claim Amount | Title As Former Employees of Debtor | Comments |
|---|---|---|---|---|---|
| Ray Diwakar | 6 | November 8, 2023 | $274,329.25 | Chief Technology Officer | |
| Joseph G. Kaplan | 8 | November 14, 2023 | $440,350.00 | Founder and Chief Marketing Officer | |

## JURISDICTIONAL BASIS

9. Pursuant to 28 U.S.C. § 1334(b), this Court has subject matter jurisdiction over this proceeding, which is referred here pursuant to 28 U.S.C. § 157(a) as the Action either arises in Debtor's Case, arises under one or more provisions of the Bankruptcy Code or is related to the Case.

10. The Action is a core proceedings under one or more subsections of 28 U.S.C. § 157(b)(2)(A), (B) and (O) because the Action involves, *inter alia*, the administration of Debtor's estate, a determination of claims owed by Debtor's Estate, adjustment of the debtor-creditor or equity security holder relationships and the Action impacts the liquidation of Debtor's estate. In the event that this proceeding is determined not to be a core proceeding, Debtor consents to the entry of a final judgment or order by the Bankruptcy Court.

11. Thus, the Action may be removed to this Court under 28 U.S.C. § 1452.

## SUPPORTING DOCUMENTS

12. Bankruptcy Rule 9027(a) requires a notice of removal to include copies of all process and pleadings. Such process and pleadings from the Action are attached as **Exhibit A**.

## NOTICE

13.    Pursuant to Bankruptcy Rule 9027(b), a copy of this Notice of Removal has been served upon counsel for the Plaintiffs and counsel for Debtor's co-defendants.

14.    Pursuant to Bankruptcy Rule 9027(c), a copy of this Notice of Removal will be filed with the Clerk of the Superior Court of New Jersey.

Respectfully submitted,

**SCARINCI HOLLENBECK, LLC**
Attorneys for Nest Global Solutions, LLC

Dated:  December ___, 2023          By:*/s/ David Edelberg*
                                        David Edelberg

## CERTIFICATE OF SERVICE

I, David Edelberg, an attorney, hereby certify that, on December ___, 2023 I caused a copy of the foregoing Notice of Removal to be served via U.S. Mail upon:

| | |
|---|---|
| Robert J. Basil, Esq.<br>Basil Law Group, P.C.<br>125 West 31st, Suite 19 B<br>New York, New York, 10001<br>Email: robertjbasil@rjbasil.com<br>*Attorneys for Joseph Kaplan, Ray Diwakar, Deborah Claudio, Scott Schneider, John G. Schwitz, Vincent Smith and Ashar Zeeshan* | Leo J. Hurley, Jr. Esq<br>Connell Foley LLP<br>Harborside 5<br>185 Hudson Street, Suite 2510<br>Jersey City, New Jersey 07311<br>*Attorney for Defendants,*<br>*Arthur Certosimo, John D. Pearce, Sandeep Bajaj, Stuart Clarke, William Luby* |
| Colin Canty<br>292 Harris Avenue<br>Middlesex, New Jersey 08846-1907 | LNC Strategic Solutions, LLC<br>c/o Colin Canty<br>292 Harris Avenue |

4881-7081-0519, v. 2

- 5 -

|  | Middlesex, New Jersey 08846-1907 |
|---|---|
| James A. Sarna, Esq.<br>Sarna & Associates, P.C<br>328 North Broadway, 2ⁿᵈ Floor<br>Upper Nyack, New York 10960 | Ms. Lisa Canty<br>292 Harris Avenue<br>Middlesex, New Jersey 08846-1907<br>lisazcanty@me.com |
| Theodore K. Smith, Sr.<br>7 Sunset Lane<br>Monmouth Beach, New Jersey 07750<br>tsmithrcminc@comcast.net | Michael Williams<br>21 Sandspring Road<br>Morristown, New Jersey 07960<br>mwwillmacs@gmail.com |

Dated:  December ___, 2023             By:*/s/ David Edelberg*
                                            David Edelberg