SCARINCI | HOLLENBECK
ATTORNEYS AT LAW

New Jersey | New York | Washington, D.C.

**DAVID EDELBERG** | Partner
dedelberg@sh-law.com
P: 201-896-7701| F: 201-896-7084

December 29, 2023

**VIA ECOURTS**
Honorable Leda Dunn Wettre
Martin Luther King, Jr. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: Nest Global Solutions, LLC adv Kaplan et al**
**Case No.: 23-CV-23205- JXN-LD**
**Bankruptcy Case No.: 23-18405 (JKS)**
**Superior Court Case No.: MID-L-2720-23**
**Telephone Conference: January 8, 2024 @ 11:30 AM**
**Our File No.: 15696.1000**

Dear Judge Wettre:

Please be advised that this firm is counsel for Nest Global Solutions, LLC ("Nest"), the Debtor in a pending Chapter 11 case before the Honorable John K. Sherwood. Nest filed a Notice of Removal removing the above referenced Superior Court action to the United States District Court for the District of New Jersey.

I am writing to request that the Court refer the removed Superior Court action to the Bankruptcy Court pursuant to the Standing Order of Reference, dated July 23, 1984, as amended on September 18, 2012, by the Honorable Jerome B. Simandle. I further suggest that the telephone conference scheduled by Your Honor on January 8, 2024 might be cancelled in the event the request for referral to the Bankruptcy Court is granted by the Court

I am copying all counsel regarding this matter. Thank you for the Court's attention to this matter.

Respectfully,

*/s/ David Edelberg*
DAVID EDELBERG

DE/av

cc: Lisa Canty, Managing Member (by email: lisazcanty@me.com)
Robert J. Basil – (by email - robertjbasil@rjbasil.com)
Leo Hurley, Jr., Esq – (by email – lhurley@connellfoley.com)