| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>**SCARINCI HOLLENBECK, LLC**<br>**DAVID EDELBERG, ESQ. (022381983)**<br>150 Clove Road, 9th Floor.<br>Little Falls, New Jersey 07424<br>(201) 896-7701 (Tel)<br>(201) 896-7084 (Fax)<br>dedelberg@sh-law.com<br>*Counsel to Nest Global Solutions, LLC* | |
| In Re:<br><br>NEST GLOBAL SOLUTIONS, LLC<br><br>                                            Debtor. | 23-cv-23205-JXN-LDW<br><br>Chapter 11 Case No.: 23-18405-JKS |
| Joseph G. Kaplan and Ray Diwakar,<br><br>                                            Plaintiffs,<br><br>v.<br><br>NEST Global Solutions, LLC, its predecessors, successors or assigns; Members of the Board of Directors of NEST Global Solutions, namely, Lisa Marks-Canty (a/k/a Lisa Canty or Lisa Marks or Lisanne Canty or Blockchain Princess); Michael Williams; Theodore K. Smith, Sr. (a/k/a Teddy Smith or Ted Smith); Art Certosimo; John D Pearce (a/k/a JD Pearce; Sandeep Bajaj; Stuart Clarke and William Luby, as Board of Director Members, and in their business and individual capacities; Colin Canty in his business and individual capacity; James A. Sarna, Esq,; and Sarna & Associates, PC; ABC Corps (1-10) and John and Jane Does (1-10),<br><br>                                            Defendants. | Docket No. MID-L-2720-23<br><br>**SO ORDERED.**<br>*s/ Leda Dunn Wettre, U.S.M.J.*<br>**Dated:**  1/12/2024 |

## ORDER REFERRING REMOVED ACTION TO THE BANKRUPTCY COURT

  The relief set forth on the attached pages one (1) through two (2) is hereby ordered.

{00048555}

Kaplan et al v. Nest Global Solutions et al,
23-cv-23205-JXN-LDW

      This matter having come before the Court upon the filing of a Notice of Removal pursuant to 28 U.S.C. Section 1452 regarding an action pending in the Superior Court of New Jersey, Law Division, Middlesex County, case number MID-L-2720-23 (the "Removed Action") filed by the plaintiffs, Joseph G. Kaplan and Ray Diwakar against the defendants, Nest Global Solutions, LLC, Lisa Marks Canty, Michael Williams, Theodore K. Smith, Sr., Art Certosimo, John D. Pearce, Sandeep Bajaj, Stuart Clark, William Luby, Colin Canty, James A. Sarna, Esq, and Sarna & Associates, PC., it appearing that the United States District Court's Standing Order of Reference, dated July 23, 1984, as amended on September18, 2012 by the Honorable Jerome B. Simandle authorizes this Court to refer the Removed Action to the United States Bankruptcy Court for the District of New Jersey, it appearing that Nest Global Solutions, LLC is the debtor in a pending Chapter 11 case before the Honorable John K. Sherwood, Case Number 23-18405(JKS), and the parties having consented to the relief provided for herein, and for good cause shown, it is:

      Ordered that the Removed Action is hereby referred and transferred to the United States Bankruptcy Court for the District of New Jersey for further proceedings before such Court.